IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMEO WALTER, a/k/a "King", a/k/a "Blood", a/k/a "Romey" (1),<br>KENAN THOMAS, a/k/a "Snoop", a/k/a "Blood", a/k/a "Young"(2),<br>AKEEM JULIEN, a/k/a "Nut" (3), and<br>NIJOHNTEA WALKER, a/ka/ "Johntea" (4)<br><br>Defendants. | **INDICTMENT**<br><br>CRIMINAL NO. 20-39<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1), § 922(k), § 922(q)<br>14 V.I.C. § 551, § 2253(a), § 2253(f),<br>§ 2256(a), 23 V.I.C. § 481(b) |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*(Felon in Possession of a Firearm)*

On or about April 8, 2020, at St. Thomas, in the District of the Virgin Islands, the defendant,

**ROMEO WALTER, a/k/a "King", a/k/a "Blood", a/k/a "Romey"**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, as that term is defined in Title 18, United States Code, Section 921(a)(3), that is, one or more of the following: an AK-47 pistol, an AR15 pistol, a Glock .45 caliber pistol, a Glock 10mm pistol, said firearms having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## COUNT TWO
*(Felon in Possession of a Firearm)*

On or about April 8, 2020, at St. Thomas, in the District of the Virgin Islands, the defendant,

**KENAN THOMAS, a/k/a "Snoop", a/k/a "Blood", a/k/a "Young",**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, as that term is defined in Title 18, United States Code, Section 921(a)(3), that is, one or more of the following: an AK-47 pistol, an AR15 pistol, a Glock .45 caliber pistol, a Glock 10mm pistol, said firearms having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE
*(Possession of a firearm with an obliterated serial number)*

On or about April 8, 2020, at St. Thomas, in the District of the Virgin Islands, the defendants,

**ROMEO WALTER, a/k/a "King", a/k/a "Blood", a/k/a "Romey",**
**KENAN THOMAS, a/k/a "Snoop", a/k/a "Blood", a/k/a "Young",**
**AKEEM JULIEN, a/k/a "Nut", and**
**NIJOHNTEA WALKER, a/k/a "Johntea",**

did knowingly possess a firearm, as that term is defined in Title 18, United States Code, Section 921(a)(3), that is: an AK-47 pistol, which had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered and obliterated; all in violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B) and 2.

2

## COUNT FOUR
*(Possession of a firearm in a school zone)*

On or about April 8, 2020, at St. Thomas, in the District of the Virgin Islands, the defendants,

> **ROMEO WALTER, a/k/a "King", a/k/a "Blood", a/k/a "Romey",**
> **KENAN THOMAS, a/k/a "Snoop", a/k/a "Blood", a/k/a "Young",**
> **AKEEM JULIEN, a/k/a "Nut", and**
> **NIJOHNTEA WALKER, a/k/a "Johntea",**

did knowingly possess firearms, that is, one or more of the following : an AK-47 pistol, an AR15 pistol, a Glock .45 caliber pistol, a Glock 10mm pistol, that had moved in and otherwise affected interstate and foreign commerce, within a distance of 1,000 feet of the grounds of a school namely, Memorial Moravian school, a place that the defendant knew and reasonable cause to believe was a school zone; all in violation of Title 18, United States Code, Section 922(q), 924(a)(1)(B) and 2.

## COUNT FIVE
*(Conspiracy to possess an unauthorized firearm)*

Beginning or about April 8, 2020, and continuing to on or about April 8, 2020, at St. Thomas, in the District of the Virgin Islands, the defendants,

> **ROMEO WALTER, a/k/a "King", a/k/a "Blood", a/k/a "Romey",**
> **KENAN THOMAS, a/k/a "Snoop", a/k/a "Blood", a/k/a "Young",**
> **AKEEM JULIEN, a/k/a "Nut", and**
> **NIJOHNTEA WALKER, a/k/a "Johntea",**

and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other to possess, bear, transport and carry, either actually and constructively, openly and concealed any firearm, to wit: an AK-47 pistol, an AR15 pistol, a Glock .45 caliber pistol, a Glock 10mm pistol, as defined by Title 23, Virgin Islands Code, Section 451(f), loaded or unloaded, while not being authorized to do so; all in violation of Title 14, Virgin Islands Code, Sections 551 and 2253(a).

## COUNT SIX
*(Unauthorized possession of a firearm)*

On or about April 8, 2020, at St. Thomas, in the District of the Virgin Islands, the defendants,

> ROMEO WALTER, a/k/a "King", a/k/a "Blood", a/k/a "Romey",
> KENAN THOMAS, a/k/a "Snoop", a/k/a "Blood", a/k/a "Young",
> AKEEM JULIEN, a/k/a "Nut", and
> NIJOHNTEA WALKER, a/k/a "Johntea",

having been convicted of a felony, did possess, bear, transport and carry, either actually and constructively, openly and concealed any firearm, that is, one or more of the following: an AK-47 pistol, an AR15 pistol, a Glock .45 caliber pistol, a Glock 10mm pistol, as defined by Title 23, Virgin Islands Code, Section 451(f), loaded or unloaded, while not being authorized to do so; all in violation of Title 14, Virgin Islands Code, Section 2253(a).

## COUNT SEVEN
*(Possession of a Firearm with an Obliterated Serial Number)*

On or about April 8, 2020, at St. Thomas, in the District of the Virgin Islands, the defendants,

> ROMEO WALTER, a/k/a "King", a/k/a "Blood", a/k/a "Romey",
> KENAN THOMAS, a/k/a "Snoop", a/k/a "Blood", a/k/a "Young",
> AKEEM JULIEN, a/k/a "Nut", and
> NIJOHNTEA WALKER, a/k/a "Johntea",

did possess, bear, transport and carry either, actually and constructively, openly and concealed, any firearm, that is semi-automatic weapon, an AK-47 pistol, as defined by Title 23, Virgin Islands Code, Section 451(f), loaded or unloaded, with an altered and obliterated serial number in a public place, residential area and any place where persons are gathered; all in violation of Title 23, Virgin Islands Code, Section 481(b).

## COUNT EIGHT
*(Possession of a Firearm within 1000 ft. of a school zone)*

On or about April 8, 2020, at St. Thomas, in the District of the Virgin Islands, the defendants,

>ROMEO WALTER, a/k/a "King", a/k/a "Blood", a/k/a "Romey",
>KENAN THOMAS, a/k/a "Snoop", a/k/a "Blood", a/k/a "Young",
>AKEEM JULIEN, a/k/a "Nut", and
>NIJOHNTEA WALKER, a/k/a "Johntea",

did possess, bear, transport and carry either, actually and constructively, openly and concealed, any firearm, that is semi-automatic weapon, an AK-47 pistol, an AR15 pistol, a Glock .45 caliber pistol, a Glock 10mm pistol, within a distance of 1,000 feet of the grounds of a school namely, Memorial Moravian school; all in violation of Title 23, Virgin Islands Code, Section 2253(f).

## COUNT NINE
*(Unlawful possession of ammunition)*

On or about April 8, 2020, at St. Thomas, in the District of the Virgin Islands, the defendants,

>ROMEO WALTER, a/k/a "King", a/k/a "Blood", a/k/a "Romey",
>KENAN THOMAS, a/k/a "Snoop", a/k/a "Blood", a/k/a "Young",
>AKEEM JULIEN, a/k/a "Nut", and
>NIJOHNTEA WALKER, a/k/a "Johntea",

did unlawfully possess, firearm ammunition, all in violation of Title 14, Virgin Islands Code, Section 2256(a).

## NOTICE OF FORFEITURE

## 18 U.S.C. § 924(d) - Firearms and Ammunition Forfeiture

1.      The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of one or more of the offenses alleged in Counts 1-4 of this Indictment, the defendants,

> ROMEO WALTER, a/k/a "King", a/k/a "Blood", a/k/a "Romey",
> KENAN THOMAS, a/k/a "Snoop", a/k/a "Blood", a/k/a "Young"
> AKEEM JULIEN, a/k/a "Nut", and
> NIJOHNTEA WALKER, a/k/a "Johntea",

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to the following:

1. one Zastava AK-47 7.62 mm pistol;

2. oneGlock model 21 .45 caliber pistol;

3. one Glock model 20 10 mm pistol;

4. all accompanying ammunition.

3.      If any of the property described above, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

  All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**GRETCHEN C.F. SHAPPERT**
**United States Attorney**

_/s/ Alessandra P. Serano_
**Alessandra P. Serano**
Chief, Criminal Division

_/s/ Kyle R. Payne_
**Kyle R. Payne**
Assistant United States Attorney
Kyle.Payne@usdoj.gov

DISTRICT COURT OF THE VIRGIN ISLANDS: Returned a TRUE BILL into the District Court 22nd day of October 2020, by Grand Jurors and filed.

_/s/ Ruth Miller_
**RUTH MILLER**
United States Magistrate Judge
District of the Virgin Islands