IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,        )
                                 )
Plaintiff,                       )
                                 )
v.                               )   Case No. 3:20-cr-0039
                                 )
ROMEO WALTER and KENAN           )
THOMAS,                          )
                                 )
Defendants.                      )
                                 )

## VERDICT FORM

**COUNT THREE - Defendant Romeo Walter**

As to Count Three, Possession of a firearm with an obliterated serial number, as charged in the Indictment, we find the defendant, **Romeo Walter**:

    __X__                              _____
   Not Guilty                          Guilty


**COUNT THREE - Defendant Kenan Thomas**

As to Count Three, Possession of a firearm with an obliterated serial number, as charged in the Indictment, we find the defendant, **Kenan Thomas**:

    __X__                              _____
   Not Guilty                          Guilty

*United States v. Walter, et al.*
Case No. 3:20-cr-0039
Verdict Form
Page **2** of **3**

### COUNT SEVEN - Defendant Romeo Walter

As to Count Seven, Possession of a firearm with an obliterated serial number, as charged in the Indictment, we find the defendant, **Romeo Walter**

_____X_____                                    _____
Not Guilty                                          Guilty

### COUNT SEVEN - Defendant Kenan Thomas

As to Count Seven, Possession of a firearm with an obliterated serial number, as charged in the Indictment, we find the defendant, **Kenan Thomas**

_____X_____                                    _____
Not Guilty                                          Guilty



**Foreperson**

DATED this __24__ day of June, 2024.