IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:20-cr-0039 |
| | ) |
| ROMEO WALTER and KENAN THOMAS, | ) |
| | ) |
| Defendants. | ) |

## VERDICT FORM

### COUNT ONE- Defendant Romeo Walter

As to Count One, Prohibited Person in Possession of a Firearm, in violation of federal law, as charged in the Indictment, we find the defendant, **Romeo Walter**:

_____          \_\_\_\_X\_\_\_\_\_
Not Guilty                  Guilty

### COUNT TWO - Defendant Kenan Thomas

As to Count Two, Prohibited Person in Possession of a Firearm, in violation of federal law, as charged in the Indictment, we find the defendant, **Kenan Thomas**:

_____          \_\_\_\_X\_\_\_\_\_
Not Guilty                  Guilty

### COUNT SIX - Defendant Romeo Walter

As to Count Six, Unauthorized Possession of a Firearm, in violation of Virgin Islands law, as charged in the Indictment, we find the defendant, **Romeo Walter:**

| _____ | ____X____ |
|---|---|
| Not Guilty | Guilty |

### COUNT SIX - Defendant Kenan Thomas

As to Count Six, Unauthorized Possession of a Firearm, in violation of Virgin Islands law, as charged in the Indictment, we find the defendant, **Kenan Thomas:**

| _____ | ____X____ |
|---|---|
| Not Guilty | Guilty |

United States v. Walter, et al.
Case No. 3:20-cr-0039
Verdict Form
Page 3 of 3



**Foreperson**

DATED this __24__ day of June, 2024.