### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0039 |
| ) | |
| **ROMEO WALTER and KENAN THOMAS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

**THIS MATTER** came before the Court for Jury Selection and Trial[1] beginning on June 17, 2024.[2] On June 20, 2024, the Court granted the Defendants' motion for judgment of acquittal on Count Four of the Indictment as to both Romeo Walter and Kenan Thomas. On June 24, 2024, the jury rendered a unanimous verdict finding Defendants Romeo Walter and Kenan Thomas not guilty as to Count Three and Count Seven. However, on June 24, 2024, the jury unanimously found Defendant Romeo Walter Guilty as to Count One and Count Six. The jury also found Defendant Kenan Thomas guilty as to Count Two and Count Six. Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Defendant Romeo Walter is **ACQUITTED** of Counts Three Four, and Seven of the Indictment; it is further

**ORDERED, ADJUDGED, and DECREED** that Defendant Romeo Walter is **GUILTY** of Count One and Count Six of the Indictment; it is further

---

[1] Jury selection commenced and concluded on June 14, 2024.

[2] The Government proceeded to trial on the following charges against Romeo Walter and Kenan Thomas: Count One (Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2)) only as to Romeo Walter; Count Two (Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2)) only as to Kenan Thomas; Count Three (Possession of a Firearm with an Obliterated Serial Number in violation of 18 U.S.C. § 922(k) and 18 U.S.C. § 924(a)(1)(B) and (2)); Count Four (Possession of a Firearm in a School Zone in violation of 18 U.S.C. § 922(q) and 18 U.S.C. § 924(a)(1)(B) and (2)); Count Six (Unauthorized Possession of a Firearm in violation of 14 V.I.C. § 2253(a)); and Count Seven (Possession of a Firearm with an Obliterated Serial Number in violation of 23 V.I.C. § 481(b)).

**ORDRED, ADJUDGED, AND DECREED** that Defendant Kenan Thomas is **ACQUITTED** of Counts Three, Four and Seven of the Indictment; it is further

**ORDERED, ADJUDGED, and DECREED** that Defendant Kenan Thomas is **GUILTY** of Count Two and Count Six of the Indictment; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than August 14, 2024;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than September 6, 2024;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than September 23, 2024;** it is further

**ORDERED** that the parties shall each file sentencing memoranda **no later than October 11, 2024;** and it is further

**ORDERED** that a sentencing hearing is **SCHEDULED** to commence promptly at **9:00 A.M. on October 25, 2024,** in St. Thomas Courtroom 1 before Chief Judge Robert A. Molloy.

**Dated:** June 25, 2024            */s/ Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **Chief Judge**